UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINIQUE BRANCH,

        Plaintiff,

  -against-

TROOPER S. M. HIGGINS, Shield No. 3431,

        Defendant.

16 Civ. 5371 (JCM)

## VERDICT FORM

**Liability:**

1. Did Plaintiff prove by a preponderance of the evidence that Defendant Higgins illegally searched her in violation of her Fourth Amendment rights?

   YES _____     NO ✓

   *Proceed to Question 2.*

2. Did Plaintiff prove by a preponderance of the evidence that Defendant Higgins illegally detained her in violation of her Fourth Amendment rights?

   YES _____     NO ✓

   *Proceed to Question 3.*

3. Did Plaintiff prove by a preponderance of the evidence that Defendant Higgins' search of Plaintiff's person was unreasonable in scope and in manner in violation of her Fourth Amendment rights?

   YES _____     NO ✓

   *If you answered "YES" to Question 1, Question 2, or Question 3, proceed to Question 4.*

   *If you answered "NO" to each of the above questions, your deliberations are finished. The foreperson should sign and date the form on the last page and tell the Courtroom Deputy that the jury has reached a verdict.*

4. Did Plaintiff prove by a preponderance of the evidence that Defendant Higgins' actions were the proximate cause of her injuries?

    YES _____   NO __✓__

*If you answered "YES" to Question 4, proceed to Question 5.*

*If you answered "NO" to Question 4, your deliberations are finished. The foreperson should sign and date the form on the last page and tell the Courtroom Deputy that the jury has reached a verdict.*

**Damages**:

5. Did Plaintiff prove by a preponderance of the evidence that she suffered compensatory damages as a result of Defendant's conduct?

    YES _____   NO _____

    If yes, what amount of compensatory damages do you award to Plaintiff?

    $ _____

    If no, what amount of nominal damages, between one cent and one dollar, do you award to Plaintiff?

    $ _____

    *Proceed to Question 6.*

6. Has Plaintiff proven by a preponderance of the evidence that she is entitled to punitive damages?

    YES _____   NO _____

    If yes, in what amount?

    $ _____

*You have completed your jury deliberations. The foreperson should sign and date the verdict form and return it to the Courtroom Deputy.*

Signature of Foreperson: [signature]   Date: 7/31/18